# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| No. 16-1093 | September Term, 2017 |
| | FERC-ER15-2237-000 |
| | FERC-ER15-2237-002 |
| | FERC-ER15-958-000 |
| | FERC-ER15-958-001 |
| | **Filed On:** May 14, 2018 |

Kansas Corporation Commission,

       Petitioner

   v.

Federal Energy Regulatory Commission,

       Respondent

------------------------------

South Central MCN LLC, et al.,
       Intervenors

------------------------------

Consolidated with 16-1164

     **BEFORE:**   Henderson and Srinivasan, Circuit Judges; Ginsburg, Senior Circuit Judge

### O R D E R

Upon consideration of petitioner's motion to stay issuance of the mandate, it is

**ORDERED** that the motion be granted. The Clerk is directed to withhold issuance of the mandate through July 16, 2018.

### Per Curiam

                            **FOR THE COURT:**
                            Mark J. Langer, Clerk

        BY:   /s/
                  Ken Meadows
                  Deputy Clerk